IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE SEPULVEDA,** | : | **CIVIL NO. 1:14-2398** |
| Petitioner | : | |
| | : | **(Judge Rambo)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **MR. MARRIANA,** | : | |
| Respondent | : | |

## **M E M O R A N D U M**

Before the court is a report and recommendation of the magistrate judge (Doc. 15) to whom this matter was referred in which he recommends that the petition for writ of habeas corpus filed by Petitioner George Sepulveda pursuant to 28 U.S.C. § 2241 be transferred to the District of Rhode Island pursuant to 28 U.S.C. § 1404. Sepulveda filed a motion for reconsideration of the report and recommendation (Doc. 16) which this court will deem to be objections to the report and recommendation. In essence, Sepulveda objects to the recommendation to transfer, alleging that because of past experiences with the Rhode Island district court, he will not receive a fair adjudication of his motion. (*Id*.) The Respondent asserts in his reply that Sepulveda does not dispute that a transfer pursuant to 28 U.S.C. § 1404 is proper.

The magistrate judge has properly recommended that this case be transferred pursuant to 28 U.S.C. § 1404 and the report and recommendation will be adopted. An appropriate order will be issued.

s/Sylvia H. Rambo
United States District Judge

Dated: May 7, 2015.